IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GLORIA FRAZIER,                                        Civil Action File No.
                                                       4:23-cv-00087-CDL
             Plaintiff,

v.

WALMART, INC. D/B/A
WALMART SUPERCENTER #1311,
AND JOHN DOE,

             Defendants.
_____/

## DEFENDANT'S SUPPLEMENT TO CORRECT EXHIBIT A TO REMOVAL FILED MAY 23, 2023

COMES NOW, Defendant Walmart Inc., through its undersigned counsel of record, and hereby files an amended Exhibit A to the Removal filed May 23, 2023. The amended Exhibit A are the pleadings filed of record to date in the State Court of Muscogee County.

                                   McLAIN & MERRITT, P.C.


                                    /s/   Nicholas E. Deeb
                                   Nicholas E. Deeb
                                   Georgia Bar No. 117025
                                   Attorneys for Defendant
                                   WALMART, INC.
                                   d/b/a WALMART SUPERCENTER #1311

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535

(404) 364-3138 (fax)
ndeeb@mmatllaw.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on May 23, 2023, I electronically filed a **<u>DEFENDANT'S</u>**

**<u>SUPPLEMENT TO CORRECT EXHIBIT A TO REMOVAL FILED MAY 23,</u>**

**<u>2023</u>**with the Clerk of Court using the CM/ECF system which will automatically

send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.


 /s/   Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WALMART, INC.
d/b/a WALMART SUPERCENTER #1311

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com